CHARLOTTE CARTER ET AL., PLAINTIFFS, v. HENRIETTA STEIGELMAN, DEFENDANT.

MARIA MIELE, PLAINTIFF, v. HENRIETTA STEIGELMAN, DEFENDANT.

Submited October 14, 1927—Decided January 5, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the rule, *Charles A. Mooney.*

*Contra, Augustus C. Studer, Jr.*

PER CURIAM.

These two actions were tried together and resulted in verdicts in favor of the defendant.

Damages were sought for personal injuries sustained by the plaintiffs through being struck by defendant's automobile while the plaintiffs were crossing Zabriskie street, at or near Central avenue, in Jersey City.

It is urged that these verdicts should be set aside as being against the weight of evidence.

We conclude that they are not, and the rule to show cause is therefore discharged, with costs.